**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Torrance JONES, a/k/a Tube, Defendant—Appellant.**

No. 11–6001.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

Torrance Jones, Appellant Pro Se. Edward D. Gray, Jennifer P. May–Parker,

Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torrance Jones appeals the district court's order denying his Fed.R.Crim.P. 36 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. United States*, No. 5:96–cr–00079–BO–1, 2010 WL 5173595 (E.D.N.C. Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*